UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:19-cr-00021-FL

| | |
|---|---|
| UNITED STATES OF AMERICA | **ORDER TO SEAL** |
| v. | |
| TOMIKA ANTOINETTE GRANT | |

On motion of the Defendant, and for good cause shown, it is hereby ORDERED that [DE 16] be sealed until otherwise ordered by the Court, except that copies may be provided to the United States Attorney's Office and Counsel for the above-named Defendant.

IT IS SO ORDERED.

This __10th__ day of February, 2020.

_____
LOUISE W. FLANAGAN
United States District Judge